United States District Court
Southern District of Texas
**ENTERED**
October 10, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JORGE ARREDONDO, on behalf of himself and all others similarly situated, § § § § *Plaintiff*, § § v. § Civ. A. No. 17-2212 § BANDINI ENTERPRISES, INC., § § § *Defendant*. § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Jorge Arredondo and Defendant Bandini Enterprises, Inc. it is hereby ORDERED that this action be DISMISSED WITHOUT PREJUDICE. Each party shall be responsible for her/its own respective costs and attorneys' fees incurred as a result of this action.

SIGNED this  10th  day of  October , 2017, at Houston, Texas.

THE HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE